United States District Court
Middle District of Florida
Jacksonville Division

**TYNIKA M. MUNN,**

**Plaintiff,**

**v.** **NO. 3:26-CV-34-MMH-LLL**

**FORD MORD CREDIT COMPANY, ET AL.,**

**Defendants.**

---

**Report and Recommendation for Dismissal Without Prejudice**

This cause is before the Court sua sponte. Plaintiff, proceeding pro se, initiated this action on January 7, 2026, by filing a complaint. Doc. 1. On that same date, plaintiff filed an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form), doc. 2, which the Court construed as a motion to proceed in forma pauperis.

In March, the Court entered an Order denying the motion without prejudice and directed plaintiff to "either submit an amended complaint that sets forth the factual bases for her claims and a renewed application to proceed without prepayment of fees; or pay the filing the fee." Doc. 6 at 9 (emphasis omitted). On March 31, 2026, plaintiff filed an amended complaint. Doc. 9. The Court again denied plaintiff's motion without prejudice and directed her to replead and file a renewed Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) or pay the

filing fee on or before May 7, 2026. Doc. 11 at 11–12. The Court further cautioned plaintiff "that if she fails to file an amended complaint or pay the filing fee before the deadline set forth below or otherwise comply with the Court's directives, the Court may issue a recommendation that her complaint be dismissed for failure to prosecute." *Id.* at 11.

On May 7, 2026, plaintiff filed a motion for extension of time to file an amended complaint and a renewed Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form), doc. 12, which the Court granted through June 8, 2026, doc. 13. Plaintiff failed to comply with the Court's directives, and, as a result, the Court issued an Order to show cause, doc. 14. Thereafter, plaintiff filed a motion seeking a continuance, doc. 16, which the Court construed as a motion for extension of time and granted, doc. 17. The Court also discharged its Order to show cause and directed plaintiff "to file an amended complaint and a renewed Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) or pay the filing fee on or before July 30, 2026." Doc. 17. Plaintiff failed to respond to the Order, *id.*; nor did plaintiff pay the filing fee. As a result, the Court entered an Order to show cause again on August 10, 2026, which directed plaintiff "[o]n or before August 24, 2026, [to] either: (1) submit an amended complaint correcting the deficiencies identified by the Court's Order, doc. 11, and submit a renewed Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) or (2) pay the appropriate filing fee." Doc. 18 at 2. The Court cautioned plaintiff that "[f]ailure to comply with this Order will likely result in a recommendation that plaintiff's case be dismissed without further

notice." *Id.* at 3 (emphasis omitted). To date, plaintiff has not responded to the Order, *id.*, nor paid the filing fee.

Local Rule 3.10 provides that "[a] plaintiff's failure to prosecute diligently can result in dismissal if the plaintiff in response to an order to show cause fails to demonstrate due diligence and just cause for delay." Local Rules of the United States District Court for the Middle District of Florida. I find plaintiff's lack of response to the Order to Show Cause constitutes a failure to demonstrate due diligence and just cause for delay and recommend that the case be dismissed.

## Recommendation

I respectfully **recommend**:

1. This case be **dismissed without prejudice** for failure to prosecute under Local Rule 3.10, Local Rules of the United States District Court for the Middle District of Florida; and
2. the Clerk be directed to terminate all pending motions and **close** the file.

**Entered** in Jacksonville, Florida, on August 28, 2026.

/s/ Laura Lothman Lambert
*United States Magistrate Judge*

c:
The Honorable Marcia Morales Howard, United States District Judge
Tynika M. Munn, pro se plaintiff
1772 San Marco Boulevard
Apt. 4
Jacksonville, FL 32207

## Notice

"Within 14 days after being served with a copy of [a report and recommendation on a dispositive issue], a party may serve and file specific written objections to the proposed findings and recommendations." Fed. R. Civ. P. 72(b)(2). "A party may respond to another party's objections within 14 days after being served with a copy." *Id.* A party's failure to serve and file specific objections to the proposed findings and recommendations alters the scope of review by the District Judge and the United States Court of Appeals for the Eleventh Circuit, including waiver of the right to challenge anything to which no specific objection was made. *See* Fed. R. Civ. P. 72(b)(3); 28 U.S.C. § 636(b)(1)(B); 11th Cir. R. 3-1; Order (Doc. No. 3), No. 8:20-mc-100-SDM, entered October 29, 2020, at 6.